**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Pedro Bonilla<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7883<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    19–11393–ABA

# Order of Discharge                                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pedro Bonilla

5/3/19                                                                                  **By the court:**   Andrew B. Altenburg Jr.
                                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                            Case No. 19-11393-ABA
Pedro Bonilla                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: May 03, 2019
                               Form ID: 318             Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db             +Pedro Bonilla,    128 W. Harmony Street,    Pennsgrove, NJ 08069-1323
517983328    +++Bank of America,    KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont NJ 08108-2812
517983330      +Macys,    PO Box 6167,    Sioux Falls, SD 57117-6167
517983331      +Macys American Express,     PO Box 9001108,    Louisville, KY 40290-1108
517983332      +Prosper,    221 Main Street, Suite 300,    San Francisco, CA 94105-1909
517983336      +Westgate Resorts,    2801 Winter Garden Road,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2019 00:29:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2019 00:29:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: AGFINANCE.COM May 04 2019 03:58:00      OneMain Financial Group, Inc,    PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
517983327       EDI: BANKAMER.COM May 04 2019 03:58:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886
517983329      +EDI: WFNNB.COM May 04 2019 03:58:00      Commenity-Boscovs,    PO Box 659622,
                 San Antonio, TX 78265-9622
517985504      +EDI: RMSC.COM May 04 2019 03:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517983333      +EDI: RMSC.COM May 04 2019 03:58:00      Synchrony Bank/JCP,    PO Box 960090,
                 Orlando, FL 32896-0090
517983334       EDI: TDBANKNORTH.COM May 04 2019 03:58:00      TD Bank,    PO Box 84037,    Columbus, GA 31908
517983335      +EDI: RMSC.COM May 04 2019 03:58:00      TJX Rewards/SYNCB,    PO Box 530949,
                 Atlanta, GA 30353-0949
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
               as Trustee et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```